NEAL CALKIN, Appellant, v. PATRICIA CALKIN, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.

In the Matter of the Claim of RAYMOND ERANI, Respondent, v. BELLOT SHOP et al., Appellants, and EQUITABLE LIFE ASSURANCE CO., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Decisions affirmed, with costs to the Workmen's Compensation Board. Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.